United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREVILLION WARD,

    Petitioner,

  v.

GARY SWARTHOUT, Warden,

    Respondent.

Case No. 13-cv-4235-VC

**JUDGMENT**

The petition for writ of habeas corpus having been dismissed with prejudice, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge